

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

*Christian H. Carrara*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

*Main:  (856) 757-5026*
*Direct: (973) 494-6933*
*christian.carrara2@usdoj.gov*

July 15, 2026

<u>Via ECF</u>
Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

>      Re:    ***Tacam Tumax v. Soto, et al.***, **No. 26-cv-8599 (MEF)**
>             **Petitioner's Bond Hearing**

Dear Judge Farbiarz:

This Office represents Respondents in the above-referenced habeas matter filed by Petitioner Juan Carlos Tacam Tumax challenging the legality of his detention by U.S. Immigration and Customs Enforcement.  In accordance with the Court's July 13, 2026 and July 15, 2026, text orders (ECFs 4, 9), we respectfully write to inform the Court that the Elizabeth Immigration Court initially scheduled a custody redetermination hearing concerning Petitioner for July 14, 2026, however, the immigration court rescheduled it for July 21, 2026.  *See* Exs. A, B (Notices of Custody Redetermination Hearings). Promptly following the July 21, 2026 hearing, this Office will provide another status update to the Court.

Respectfully submitted,

**SO ORDERED.**
**s/ Michael E. Farbiarz**
Michael E. Farbiarz, U.S.D.J.

Date:  July 16, 2026

ROBERT FRAZER
United States Attorney

 *s/ Christian H. Carrara*
CHRISTIAN H. CARRARA
Assistant United States Attorney
*Attorneys for Respondents*

cc:     Counsel of Record (via ECF)